# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

DAVIAN LEE                                                                                          PLAINTIFFS
KEITH GLOVER

V.                                                           CIVIL ACTION NO. 3:18cv124-MPM-JMV
                                                                    *Consolidated with:* 3:18cv239-MPM-JMV

RAYMOND GOODLIN, BIG BINDER EXPRESS, LLC,
TRI-STATE IDEALEASE, AND DARLING
INTERNATIONAL, INC.                                                                                 DEFENDANTS

## **ORDER**

This action involves personal injury and wrongful death claims arising out of an automobile accident. A dispute has arisen over the defendants Raymond Goodlin and Big Binder Express, LLC's liability insurance coverage for the plaintiffs' claims. That dispute is the subject of an action for declaratory judgment pending in this court, *Big Binder Express, LLC, et al. v. Liberty Mutual Fire Insurance Company, et al.,* Cause No. 3:19cv022-MPM-RP, in which the court has set a settlement conference before Magistrate Judge Roy Percy at the United States Courthouse, 911 Jackson Avenue, Suite 242, Oxford, MS on **June 13, 2019 at 10:00 a.m.** The court's intention is to facilitate a global resolution of all the personal injury/wrongful death claims and related insurance coverage disputes at the settlement conference.

THEREFORE, IT IS ORDERED that all the parties to this action must attend the above-referenced settlement conference accompanied by counsel. The attorneys for the parties are responsible for timely advising any involved nonparty insurance company or subrogee of the requirements of this Order.

The persons attending the conference must make certain their travel schedules are sufficiently flexible to permit them to remain at and personally participate in the settlement conference until **as late as 5:00 p.m.**, if necessary. No participant in the settlement conference will be permitted to leave the conference before it is concluded without the permission of the settlement conference judge.

All parties must attend the settlement conference in person, except that an individual with complete authority to negotiate and consummate a settlement on behalf of a party shall appear for that party. An attorney who has appeared in this action for a party is not permitted to serve as the sole representative of that party at the settlement conference, even if the attorney otherwise has the required authority.

As to those parties in this action who are also parties in the declaratory judgment action, because they will be accompanied at the settlement conference by counsel of record in the declaratory judgment action, their counsel of record in this action may request permission to be excused from attending the settlement conference.

Any other person(s) having potential claims arising out of the subject accident may attend Judge Percy's settlement conference.

**SO ORDERED,** this the 9th day of April, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE